■ ALI YUSUF, on Behalf of Himself and All Other Persons Similarly Situated, Respondent, v CITY OF NEW YORK et al., Appellants. [929 NYS2d 858]—

The motion court correctly applied our prior holding (309 AD2d 721 [2003]) that the judgment was improperly augmented by additional fees in calculating poundage. Defendants have not advanced any basis for departing from that decision; their reliance on a regulation in the New York City Marshals Handbook is misplaced, as it does not apply to sheriffs, whose fees are governed by CPLR 8012 (b) (1). Concur—Tom, J.P., Catterson, Renwick, Freedman and Manzanet-Daniels, JJ.